UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-440-F

| | | |
|---|---|---|
| NGOZI UMELO, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RHA HEALTH SERVICES, | ) | |
|     Defendant. | ) | |

The Clerk of Court is DIRECTED to designate the plaintiff's Response [DE-13] as an Amendment to the Complaint, *see* [DE-1], Exh. 4. The court has carefully considered the material contained in and attached to the Amended Complaint [DE-13]. However, for the reasons cogently set forth in the Memorandum [DE-15] thereto, the defendant's uncontested Motion to Dismiss [DE-14] is ALLOWED and this action is DISMISSED. The Clerk of Court is DIRECTED to so notify the plaintiff and to close this case.

SO ORDERED.

This the 26th day of January, 2012.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge