UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NGOZI UMELO, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:11-CV-440-F
)
RHA HEALTH SERVICES )
        Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss is ALLOWED and this action is DISMISSED. The Clerk of Court is DIRECTED to so notify the plaintiff and to close this case.

**This Judgment Filed and Entered on January 26, 2012, and Copies To:**

Ngozi Umelo (via US Mail) 7000 Havenwood Drive, Raleigh, NC 27616
Michael Todd Rosenberg (CM/ECF Notice of Electronic Filing)
David C. Lindsay (CM/ECF Notice of Electronic Filing)

DATE                               DENNIS P. IAVARONE, CLERK
January 26, 2012              /s/ Susan K. Edwards
                                      (By) Susan K. Edwards, Deputy Clerk